1 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2 |   Including Professional Corporations
   PETER H. KLEE, Cal Bar No. 111707
3 | JOHN D. EDSON, Cal Bar No. 185709
   LUKE W. NELSON, Cal. Bar. No. 352388
4 | 501 West Broadway, 18th Floor
   San Diego, California 92101-3598
5 | Telephone:   619.338.6500
   Facsimile:   619.234.3815
6 | E mail        pklee@sheppardmullin.com
                jedson@sheppardmullin.com
7 |             lnelson@sheppardmullin.com

8 | Attorneys for Allstate Insurance
   Company, John Alsop Insurance Agency,
9 | and Eric Alsop

10

11 | UNITED STATES DISTRICT COURT

12 | CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14 | MONIQUE LAWLER, DARYL
    LAWLER,

15 |                                         Case No. 2:24-cv-01442-AB-SK

                   Plaintiffs,              Hon. Andre Birotte, Jr.
16 |                                         Courtroom 7B

17 |          v.                             **DECLARATION OF LEANNE
                                            MCWILLIAMS IN SUPPORT OF
   ALLSTATE INSURANCE                       DEFENDANTS' OPPOSITION TO
18 | COMPANY, JOHN ALSOP                     PLAINTIFFS' MOTION TO
   INSURANCE AGENCY, ERIC                   REMAND**
19 | ALSOP, DOES 1 through 100,

20 |                   Defendants.            Date:     April 19, 2024
                                            Time:     10:00 a.m.
21 |                                         Dept.:    7B

22 |                                         Complaint Filed:   January 26, 2024

23

24

25

26

27

28

SMRH:4874-1522-8338.2

LEANNE MCWILLIAMS DECLARATION IN SUPPORT OF DEFENDANTS'
OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

1    I, Leanne N. McWilliams, declare as follows:

2    1.    I am an Assistant Secretary of Allstate Insurance Company

3 ("Allstate").  If called and sworn as a witness, I could and would competently testify

4 to all facts within my personal knowledge.

5    2.    In my role as Assistant Secretary, I am familiar with the business

6 operations of Allstate, its parent company, and its subsidiaries.  Specifically, I am

7 familiar with where Allstate's executive functions are performed, the location of its

8 home office, and Allstate's standing and authority to conduct business in different

9 states.

10    3.    Allstate is incorporated in Illinois.  Allstate's headquarters are in

11 Illinois.  Employees can at times work telecommute and work remotely in different

12 locations.  But Allstate's executive and administrative functions are still based out

13 of Illinois.  Allstate's chief executive officer and certain other senior managers have

14 their home base out of Illinois as well.  A majority of Allstate's senior leadership

15 team have a residence in Illinois.  None have a residence in California. The board of

16 directors for The Allstate Corporation, Allstate's parent company, generally meets

17 in Illinois.  All in person Board and joint meetings are in Illinois.  All committee

18 meetings are virtual but still based out of Illinois. Allstate has closed most regional

19 offices to centralize its operations out of Illinois.  Thus, all major company decisions

20 are referred to Allstate's headquarters in Illinois.

21    4.    Allstate is licensed to conduct business in the State of California.  It

22 currently holds a Certificate of Authority to transact insurance in the State.  A true

23 and correct copy of Allstate's Certificate of Authority with the State of California is

24 attached as **Exhibit A**.

25 / / /

26 / / /

27 / / /

28

SMRH:4874-1522-8338.2                    LEANNE MCWILLIAMS DECLARATION IN SUPPORT OF DEFENDANTS'
                                          OPPOSITION TO PLAINTIFFS' MOTION TO REMAND

5.     Allstate's parent company, The Allstate Corporation, holds a Certificate of Good Standing with the State of Illinois, where both Allstate and its parent company's headquarters and executive offices are located.  A true and correct copy of The Allstate Corporation's Certificate of Good Standing is attached as **Exhibit B**.

Executed on ___03/29/2024___, at Northbrook, Illinois.

Leanne N. McWilliams

-2-