1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
     A Limited Liability Partnership
2    Including Professional Corporations
   PETER H. KLEE, Cal Bar No. 111707
3  JOHN D. EDSON, Cal Bar No. 185709
   LUKE W. NELSON, Cal. Bar. No. 352388
4  501 West Broadway, 18th Floor
   San Diego, California 92101-3598
5  Telephone:  619.338.6500
   Facsimile:  619.234.3815
6  E mail       pklee@sheppardmullin.com
                jedson@sheppardmullin.com
7               lnelson@sheppardmullin.com

8  Attorneys for Allstate Insurance
   Company, John Alsop Insurance Agency,
9  and Eric Alsop

10

11                 UNITED STATES DISTRICT COURT

12       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14  MONIQUE LAWLER, DARYL        | Case No. 2:24-cv-01442-AB-SK
    LAWLER,
15                               | Hon. Andre Birotte Jr.
               Plaintiffs,       | Courtroom 7B
16
          v.                     | **DECLARATION OF ERIC D.**
17                               | **ALSOP IN SUPPORT OF**
                                 | **DEFENDANTS' OPPOSITION TO**
18  ALLSTATE INSURANCE           | **PLAINTIFFS' MOTION TO**
    COMPANY, JOHN ALSOP          | **REMAND**
    INSURANCE AGENCY, ERIC
19  ALSOP, DOES 1 through 100,   | Date:    April 19, 2024
                                 | Time:    10:00 a.m.
20             Defendants.       | Dept.:   7B
21
                                 | Complaint Filed:   January 26, 2024
22

23

24

25

26

27

28

1    I, Eric D. Alsop, declare as follows:

2    1.    I am an Allstate insurance agent who operates through John Alsop

3  Insurance Agency.  If called and sworn as a witness, I could and would competently

4  testify to all facts within my personal knowledge.

5    2.    I am a licensed insurance agent with the State of California.  A true and

6  correct copy of my license from the California Department of Insurance is attached

7  as **Exhibit A**.

8    3.    I am an employee of John Alsop Insurance Agency, who is a party to

9  the Allstate R3001 Agency Agreement ("Agreement") with Allstate Insurance

10  Company ("Allstate").  As an employee, I am bound by the Agreement and familiar

11  with its provisions.  The Agreement is confidential and contains proprietary

12  information of Allstate.  Therefore, I have attached only the relevant provisions of

13  the Agreement pertaining to my agency with Allstate to this Declaration;

14  specifically, pages 7 and 111.  Under this Agreement, I am an R3001 Agent with

15  Allstate.  R3001 Agents act exclusively as agents for Allstate or its subsidiaries.

16  Under the Agreement, Allstate's subsidiaries include Allstate Indemnity Company,

17  Allstate Motor Club, Inc., Allstate Northbrook Indemnity Company, and Allstate

18  Property and Casualty Insurance Company.  A true and correct copy of the relevant

19  portions of the R3001 Agreement is attached as **Exhibit B**.

20    4.    Under the Agreement's "Invantage" provision, I am able to sell other

21  company's insurance only with the express written approval of Allstate.  This

22  typically happens in circumstances where Allstate does not write insurance.  We

23  would never place insurance that competes with Allstate.  Moreover, at all times, I

24  remain exclusively an R3001 agent with Allstate.  I must remain exclusively an

25  R3001 agent with Allstate in order to participate in this program.  A true and correct

26  copy of the "Invantage" provision of the Agreement is located at pages 111 through

27  113 of Exhibit B.

28

-1-

SMRH:4874-3397-0610.1          ERIC ALSOP DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO
                               PLAINTIFFS' MOTION TO REMAND

1      5.    John Alsop Insurance Agency, my employer, assisted Monique Lawler

2  and Daryl Lawler in obtaining a homeowners insurance policy with Allstate, which

3  is the subject of their complaint.  I am familiar with the policy's provisions through

4  my work with the Lawlers and my work as an R3001 agent for Allstate.  The first

5  page of the policy's declarations states: "Your Allstate agency is Alsop &

6  Associates."  A true and correct copy of the Lawler's policy with Allstate is attached

7  as **Exhibit C**.

8      6.    Neither I, nor John Alsop Insurance Agency, ever served as an

9  insurance broker for Monique Lawler and Daryl Lawler.  At all times during my

10  dealings with the Lawlers, either individually or through my agency John Alsop

11  Insurance Agency, I acted exclusively as an agent for Allstate.  This included, but is

12  not limited to, assisting the Lawlers with obtaining a homeowners insurance policy

13  with Allstate, which is the subject of their complaint.  I never told the Lawlers that I

14  or my agency would act as their insurance broker.  To the contrary, I held myself

15  and my agency out as an Allstate insurance agent to them and others.  For example,

16  my business cards and webpage (https://agents.allstate.com/alsop--associates-

17  insurance-agency-montclair-ca.html) show that I hold myself and my agency out as

18  an Allstate insurance agent.  Similarly, I use an Allstate email account with the

19  @Allstate.com address when communicating with insureds.

20      7.    At no point did I or John Alsop Insurance Agency enter into a contract

21  with the Lawlers.  Nor did I or my agency agree to provide, or assume a duty to

22  provide, claim handling services to the Lawlers in connection with their water claim

23  with Allstate.  That is a claim handling function provided by Allstate's claims

24  adjusters, not its sales agents, such as myself and my agency.

25      I declare under penalty of perjury under the laws of the United States of

26  America that the foregoing is true and correct.

27      Executed on _3/27/24_, at Montclair, California.

28

-2-

ERIC ALSOP DECLARATION IN SUPPORT OF DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO REMAND

1

2

_____

Eric D. Alsop

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-