# EXHIBIT A

# California Department of Insurance

## *ERIC DIERKER ALSOP*

*License # 0G91098*

Pursuant to the requirements of the State of California Insurance Code,
ERIC DIERKER ALSOP is authorized to act in the following capacity:

| License | Effective Date | Expiration Date |
|---|---|---|
| Insurance Producer | 03/01/2010 | 03/31/2026 |

| Qualifications | |
|---|---|
| Accident & Health or Sickness | 02/01/2019 |
| Casualty | 03/01/2010 |
| Life | 02/01/2019 |
| Property | 03/01/2010 |

Business Address: 4701 Arrow Highway, Montclair, California 91763



Ricardo Lara, Insurance Commissioner



Please note: To validate the accuracy of this license you may review the individual or business entity's license record on the California Department of Insurance's website at www.insurance.ca.gov "Check License Status."

Exhibit A
Page 5