# EXHIBIT 1

Exhibit 1
Page 2

| | |
|---|---|
| **From:** | Luke Nelson |
| **To:** | srand-lewis@randandrand-lewisplcs.com |
| **Cc:** | John Edson |
| **Subject:** | Stipulation re Damages (Lawler v. Allstate et al.) |
| **Date:** | Monday, March 25, 2024 11:37:01 AM |
| **Attachments:** | Lawler - Stipulation to Remand 4891-3538-5265 v.1.docx |

Good morning Suzanne,

My name is Luke Nelson. I am working with John Edson on the Lawler v. Allstate et al. case. Will plaintiffs stipulate that their damages, inclusive of fees and costs, do not exceed $75,000 and they will not seek to recover an amount over $75,000 from defendants? In exchange, defendants will agree to remand this case to state court. Please let me know no later than 5:00 p.m. on Wednesday, March 27 whether you are agreeable to this.

I have attached a stipulation for your review. If you do not have any proposed changes, please sign and return it so that I may file it with the court.

Thank you,

Luke

**Luke Nelson** | Associate
+1 619-338-6677 | direct
LNelson@sheppardmullin.com | Bio

**Sheppard**Mullin
501 West Broadway, 19th Floor
San Diego,  CA 92101-3598
+1 619-338-6500 | main
www.sheppardmullin.com | LinkedIn

Exhibit 1
Page 3

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
PETER H. KLEE, Cal Bar No. 111707
JOHN D. EDSON, Cal Bar No. 185709
LUKE W. NELSON, Cal. Bar. No. 352388
501 West Broadway, 18th Floor
San Diego, California 92101-3598
Telephone:  619.338.6500
Facsimile:   619.234.3815
E mail         pklee@sheppardmullin.com
                    jedson@sheppardmullin.com
                    lnelson@sheppardmullin.com

Attorneys for Allstate Insurance Company, John Alsop Insurance Agency, and Eric Alsop

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MONIQUE LAWLER, DARYL LAWLER,<br><br>            Plaintiffs,<br><br>    v.<br><br>ALLSTATE INSURANCE COMPANY, JOHN ALSOP INSURANCE AGENCY, ERIC ALSOP, DOES 1 through 100,<br><br>            Defendants. | Case No. 2:24-cv-01442-AB-SK<br><br>Hon. André Birotte Jr.<br>Courtroom 7B<br><br>**STIPULATION TO REMAND CASE TO STATE COURT AND LIMIT PLAINTIFFS' DAMAGES**<br><br>Complaint Filed:    January 26, 2024<br>Trial Date:              TBD |

# STIPULATION

This Stipulation is entered into by and between plaintiffs Monique and Daryl Lawler ("Plaintiffs") on the one hand, and defendants Allstate Insurance Company ("Allstate"), John Alsop Insurance Agency, and Eric Alsop (collectively, "Defendants") on the other, by and through their counsel of record, with respect to the following:

WHEREAS, on January 26, 2024, Plaintiffs filed a complaint in the Superior Court of California for the County of Los Angeles, entitled *Monique Lawler, et al. v. Allstate Insurance Company, et al.*, Case No. 24STCV02095 (the "state court action");

WHEREAS, on February 22, 2024, Allstate removed the state court action to the United States District Court for the Central District of California, Case No. 2:24-cv-01442-AB-SK (the "District Court");

WHEREAS, on March 22, 2024, Plaintiffs filed an Application for an order to remand this matter back to the state court, arguing, among other things, that the amount in controversy does not exceed $75,000 (Dkt. 15);

WHEREAS, as a condition to Defendants agreeing to remand this matter to state court, Plaintiffs agree that they will not seek, and agree they cannot recover, more than $75,000 in total damages, inclusive of fees and costs, from Defendants; and

WHEREAS, counsel for the parties agree, represent and warrant that they have full client authority to enter into this Stipulation and that lack of consent will never be raised as a defense to the enforceability of this agreement.

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:

1.  Defendants agree that the District Court may remand this matter back to the Superior Court of California for the County of Los Angeles for further proceedings;

| | |
|---|---|
| 1 |     2.    Defendants shall not seek to remove the action back to the District Court; |
| 2 | |
| 3 |     3.    Plaintiffs agree that they will not seek, and agree they cannot recover, more than $75,000 in total damages, inclusive of fees and costs, from Defendants; and |

2.  Defendants shall not seek to remove the action back to the District Court;

3.  Plaintiffs agree that they will not seek, and agree they cannot recover, more than $75,000 in total damages, inclusive of fees and costs, from Defendants; and

4.  Plaintiffs' Application shall go off calendar and need not be considered by the District Court.

IT IS SO STIPULATED.

Dated: March __, 2024

        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

        By _____
                JOHN D. EDSON
              Attorneys for Defendants
        ALLSTATE INSURANCE COMPANY,
        JOHN ALSOP INSURANCE AGENCY,
                 ERIC ALSOP

Dated: March __, 2024

        Gary Rand & Suzanne E. Rand-Lewis PLC

        By _____
            SUZANNE E. RAND-LEWIS
            Attorneys for Plaintiffs
             MONIQUE LAWLER,
              DARYL LAWLER